IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HERMAN H. LEFORS JR.**                                                       **PLAINTIFF**
**ADC #138743**

v.                          No: 3:20-cv-00373 JM-PSH

**MARTY BOYD,** *et al.*                                               **DEFENDANTS**

**ORDER**

Before the Court is a motion filed by Plaintiff Herman H. LeFors, Jr. (Doc. No. 19) seeking a fourth extension of time file an amended complaint. *See* Doc. Nos. 10, 13 & 15. LeFors indicates that he lacks the necessary paper and envelopes to file his amended complaint. LeFors' motion is granted, and he may have until March 31, 2021, to file his amended complaint. The Court will not entertain any additional motions to extend time. LeFors must do his best to set forth his factually related claims in a short and concise manner.

The Clerk of Court is directed to a send a copy of this Order to the Warden of the Ouachita River Unit to ensure that LeFors has the necessary supplies to prepare and mail his amended complaint. The Clerk of Court is also directed to send LeFors a blank § 1983 form and a copy of this Court's order directing him to file an amended complaint (Doc. No. 9). In the event LeFors fails to file an amended complaint

conforming to the Court's order (Doc. No. 9) by March 31, 2021, the Court may recommend the dismissal of some or all of LeFors' claims.

IT IS SO ORDERED this 19th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE