**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**HERMAN H. LEFORS JR.**                                                                              **PLAINTIFF**
**ADC #138743**

**v.**                                         **No: 3:20-cv-00373 JM-PSH**

**MARTY BOYD, *et al.***                                                                              **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without

prejudice.

DATED this 7th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE