# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**HERMAN H. LEFORS JR.**                                                                                **PLAINTIFF**

**v.**                                  **No: 3:20-cv-00373 JM**

**MARTY BOYD,** *et al.*                                                           **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 3rd day of August, 2021.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE